# United States District Court
## For The Western District of North Carolina
### Asheville Division

ROBERT ALLEN SARTORI,

          Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                 1:11cv24

NC ATTORNEY GENERAL,

          Defendant(s).

DECISION BY COURT.  This action having come before the Court by Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 22, 2011 Order.

Signed: April 22, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court